IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BETTY BAIN and JACKIE LOPER**                                                      **PLAINTIFFS**

**VS.**                                                        **CIVIL ACTION NO. 4:05CV11LN**

**HOLLYWOOD MOVING & STORAGE, INC.**                                       **DEFENDANT**

## ORDER

This matter came before the court on Hollywood Moving & Storage, Inc.'s Motion to Compel Responses to Interrogatories and Request for Production of Documents. The Motion is based upon the Plaintiffs' complete failure to respond to discovery requests. The Plaintiffs have likewise failed to respond to the Motion; therefore, the Motion will be granted as confessed. Additionally, the court would have favorably considered a request for sanctions, had such a request been made. Failure to serve discovery responses by the date indicated below may result in a recommendation to the District Judge that this matter be dismissed for failure to comply with the orders of the court.

IT IS, THEREFORE, ORDERED that Hollywood Moving & Storage, Inc.'s Motion to Compel Responses to Interrogatories and Request for Production of Documents is hereby **granted**. The Plaintiffs shall serve complete responses to the discovery requests at issue by December 19, 2005.

IT IS SO ORDERED, this the 23rd day of November, 2005.

                                          S/United States Magistrate Judge
                                        UNITED STATES MAGISTRATE JUDGE